PER CURIAM.
Affirmed. Gunn Plumbing, Inc. v. Dania Bank, 252 So.2d 1, 4 (Fla.1971); Graham v. Clyde, 61 So.2d 656 (Fla.1952); Penmont Enterprises, Inc. v. Dysart, 340 So.2d 1285 (Fla. 3d DCA 1977); Davis v. Hagin, 330 So.2d 42 (Fla. 1st DCA 1976); Bernstein v. Dwork, 320 So.2d 472, 474 (Fla. 3d DCA 1975); Tiffany Realty, Inc. v. Alvin, 311 So.2d 832 (Fla. 3d DCA 1975); Commodore Plaza at Century 21 Condominium Ass’n v. Century 21 Commodore Plaza, Inc., 290 So.2d 539, 540 (Fla. 3d DCA 1974); Grenell v. Scott, 134 So.2d 866, 868 (Fla. 2d DCA 1961).